Bonnie C. Mangan
Bonnie C. Mangan, P.C.
Westview Office Park
1050 Sullivan Avenue, Ste A3
South Windsor, CT  06074
(860) 644-4204
        Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re: ZIPADELLI, JON | § Case No. 16-21093-JJT |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 05, 2016.  The undersigned trustee was appointed on July 05, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of $27,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3.28 |
| Bank service fees | 490.25 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 26,506.47 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/06/2017 and the deadline for filing governmental claims was 01/01/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,450.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,450.00, for a total compensation of $3,450.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $263.93, for total expenses of $263.93.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/23/2018            By:/s/Bonnie C. Mangan
                                  Trustee, Bar No.: CT03759

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-21093-JJT  
**Case Name:** ZIPADELLI, JON  

**Period Ending:** 11/23/18

**Trustee:** (270170)  Bonnie C. Mangan  
**Filed (f) or Converted (c):** 07/05/16 (f)  
**§341(a) Meeting Date:** 08/12/16  
**Claims Bar Date:** 03/06/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Property at 402 Allen Street, New Britain, CT | 135,500.00 | 0.00 | | 0.00 | FA |
| 2 | Property at 1504 Stanley Street, New Britain, CT | 160,000.00 | 0.00 | | 0.00 | FA |
| 3 | Property at 134 Stratford Road, New Britain, CT | 150,300.00 | 0.00 | | 0.00 | FA |
| 4 | Property at 344 Broad Street, New Britain, CT<br>  fully encumbered part of sale pending - Motion to sell ECF No. 112 | 210,000.00 | 0.00 | | 4,000.00 | FA |
| 5 | Property at 1474 Stanley Street, New Britain, CT | 241,100.00 | 0.00 | | 0.00 | FA |
| 6 | Property at 213 Columbia Street, New Britain, CT | 151,100.00 | 0.00 | | 0.00 | FA |
| 7 | 2009 Nissan Rogue | 5,525.00 | 0.00 | | 0.00 | FA |
| 8 | 2014 Ford F250 | 20,800.00 | 0.00 | | 0.00 | FA |
| 9 | 1994 Toyota Camry | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Household goods and furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 11 | Television | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Checking xxx4117 at People's United Bank | 107.67 | 0.00 | | 0.00 | FA |
| 14 | Checking xx0205 at People's United Bank | 4.00 | 0.00 | | 0.00 | FA |
| 15 | Checking xxx7177 at People's United Bank | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Checking xxx8750 at TD Bank | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Checking xxx0495 at TD Bank | 847.15 | 0.00 | | 0.00 | FA |
| 18 | Central Connecticut Development, LLC 50%<br>  owns 1330, 1336 & 1340 Stanley Street, New Britain, CT | Unknown | 0.00 | | 0.00 | FA |
| 19 | Central Connecticut Equities, LLC 25%<br>  Owns 63 & 66 Cottage Street, New Britain, CT , 128 Stratford Road, New Britain, CT | Unknown | 4,000.00 | | 4,000.00 | FA |
| 20 | MRZ, LLC 25%<br>  owns 1394 Stanley Street, New Britain, CT  & 125, 141 & 145 Stratford Road, New Britain, CT | Unknown | 4,000.00 | | 4,000.00 | FA |
| 21 | 6 Wellington, LLC 25%<br>  owns 6  Wellington Road, New Britain, CT | Unknown | 2,000.00 | | 2,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21093-JJT  
**Case Name:** ZIPADELLI, JON  

**Period Ending:** 11/23/18  

**Trustee:** (270170) Bonnie C. Mangan  
**Filed (f) or Converted (c):** 07/05/16 (f)  
**§341(a) Meeting Date:** 08/12/16  
**Claims Bar Date:** 03/06/17  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 22 | 64 Roxbury, LLC 25%<br>   owns 64 Roxbury Road, New Britain, Ct | Unknown | 2,000.00 | | 2,000.00 | FA |
| 23 | Andrews Estates, LLC 50%<br>   owns 1395 & 1484 Stanley Street, New Britain, CT :<br>   Ditech Financial, LLC has a lien agasint 1395 Stanley<br>   Street for $110,519.00. | Unknown | 4,000.00 | | 4,000.00 | FA |
| 24 | Zipadelli Group, LLC 50% | Unknown | Unknown | | 0.00 | FA |
| 25 | IRA American Funds | 1,012.40 | 0.00 | | 0.00 | FA |
| 26 | Claims v. Jason Maxwell, Nicolas Rucci, Ellen<br>   Veneziano & James Macchio, See Docket #<br>   HHB-CV-15-6030682-S | 65,000.00 | 4,000.00 | | 4,000.00 | FA |
| 27 | Accounts Receivable - Back Rent | 63,121.75 | 0.00 | | 0.00 | FA |
| 28 | Baseball Card Collection | 10,000.00 | 0.00 | | 0.00 | FA |
| 29 | Checking XXX95 at TD Bank | 1,523.41 | 0.00 | | 0.00 | FA |
| 30 | Claim vs Robert Zdon, Receiver  (u)<br>   For return of fees | Unknown | 3,000.00 | | 3,000.00 | FA |
| 30 | **Assets   Totals** (Excluding unknown values) | **$1,220,241.38** | **$23,000.00** | | **$27,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018    **Current Projected Date Of Final Report (TFR):**    November 23, 2018  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-21093-JJT  
**Case Name:** ZIPADELLI, JON  
**Taxpayer ID #:** **-***3016  
**Period Ending:** 11/23/18  

**Trustee:** Bonnie C. Mangan (270170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $19,960,270.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/17 | | Nicola G. Rucci | sales proceeds for Trustee's Motion to Sell ECF No. 112. | | 20,000.00 | | 20,000.00 |
| | {4} | | 4,000.00 | 1110-000 | | | 20,000.00 |
| | {19} | | 4,000.00 | 1129-000 | | | 20,000.00 |
| | {20} | | 4,000.00 | 1129-000 | | | 20,000.00 |
| | {23} | | 4,000.00 | 1129-000 | | | 20,000.00 |
| | {26} | | 4,000.00 | 1149-000 | | | 20,000.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.80 | 19,972.20 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.60 | 19,940.60 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.72 | 19,912.88 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.55 | 19,882.33 |
| 11/28/17 | 101 | BONNIE C. MANGAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2017 FOR Bond #016027937 12-1-17 TO 12-1-18 | 2300-000 | | 3.28 | 19,879.05 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.59 | 19,850.46 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.59 | 19,822.87 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.36 | 19,791.51 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.56 | 19,764.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.42 | 19,736.53 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.35 | 19,707.18 |
| 05/18/18 | {30} | Zdon & Associates, LLC | settlement re: dispute over receiver fees | 1249-000 | 3,000.00 | | 22,707.18 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.94 | 22,668.24 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.07 | 22,631.17 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.85 | 22,590.32 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.51 | 22,550.81 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.36 | 22,530.45 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.98 | 22,506.47 |
| | | | **ACCOUNT TOTALS** | | 23,000.00 | 493.53 | **$22,506.47** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 23,000.00 | 493.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,000.00** | **$493.53** | |

{} Asset reference(s)

Printed: 11/23/2018 05:37 PM    V.14.14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 16-21093-JJT | | Trustee: | Bonnie C. Mangan (270170) |
|---|---|---|---|---|
| Case Name: | ZIPADELLI, JON | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0267 - Checking Account |
| Taxpayer ID #: | **-***3016 | | Blanket Bond: | $19,960,270.00  (per case limit) |
| Period Ending: | 11/23/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/18 | | James Macchio | funds to purchase interest in 6 Wellington LLC and 64 Roxbury LLC | | 4,000.00 | | 4,000.00 |
| | {21} | | 2,000.00 | 1129-000 | | | 4,000.00 |
| | {22} | | 2,000.00 | 1129-000 | | | 4,000.00 |
| | | | ACCOUNT TOTALS | | 4,000.00 | 0.00 | $4,000.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0266** | 23,000.00 | 493.53 | 22,506.47 |
| **Checking # ******0267** | 4,000.00 | 0.00 | 4,000.00 |
| | $27,000.00 | $493.53 | $26,506.47 |

{} Asset reference(s)

Printed: 11/23/2018 05:37 PM    V.14.14

# Court Claims Register

**Case:  16-21093-JJT          ZIPADELLI, JON**

Claims Bar Date:  03/06/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3S | Savings Bank of Danbury<br>c/o Ross G. Fingold, Esq.,Stokesbury, Shipman & Fingold,10 Waterside Drive, Su<br>Farmington, CT 06032<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>12/22/16 | | $75,000.00<br>$0.00 | $0.00 | $0.00 |
| 12 | Ford Motor Credit Company LLC<br>P O Box 62180<br>Colorado Springs, CO 80962-4400<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>01/20/17 | | $32,043.71<br>$0.00 | $0.00 | $0.00 |
| | Bonnie C. Mangan<br>Westview Office Park<br>1050 Sullivan Avenue, Ste A3<br>South Windsor, CT 06074<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>07/05/16 | | $3,450.00<br>$3,450.00 | $0.00 | $3,450.00 |
| | Bonnie C. Mangan<br>Westview Office Park<br>1050 Sullivan Avenue, Ste A3<br>South Windsor, CT 06074<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>07/05/16 | | $263.93<br>$263.93 | $0.00 | $263.93 |
| ADMIN1 | JA MORGAN LAW, LLC<br>16 Spring Lane<br>Farmington, CT 06032<br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>07/05/16 | | $2,997.50<br>$2,997.50 | $0.00 | $2,997.50 |
| ADMIN2 | JA MORGAN LAW, LLC<br>16 Spring Lane<br>Farmington, CT 06032<br><3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>07/05/16 | | $3.00<br>$3.00 | $0.00 | $3.00 |
| 11 | Stephanie Fontano<br>336 Olde Stage Road<br><br>Glastonbury, CT 06033<br><5600-00   Deposits>,  540 | Priority<br>01/12/17 | Okay as Priorty Claim | $1,200.00<br>$1,200.00 | $0.00 | $1,200.00 |
| 1 | Connecticut Natural Gas Corporation<br>76 Meadow Street<br><br>East Hartford, CT 06108<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/14/16 | Okay as General Unsecured Claim | $1,889.66<br>$1,889.66 | $0.00 | $1,889.66 |

# Court Claims Register

### Case: 16-21093-JJT  ZIPADELLI, JON

Claims Bar Date: 03/06/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Dr. Dennis S. Gianoli<br>5 Webster Square Road<br><br>Berlin, CT 06037<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/21/16 | Okay as General Unsecured Claim | $64.00<br>$64.00 | $0.00 | $64.00 |
| 3U | Savings Bank of Danbury<br>c/o Ross G. Fingold, Esq.,Stokesbury,<br>Shipman & Fingold,10 Waterside Drive, Su<br>Farmington, CT 06032<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/22/16 | | $41,087.51<br>$41,087.51 | $0.00 | $41,087.51 |
| 4 | Central Connecticut Equities, LLC<br>C. Donald Neville, Esq.<br>65 Memorial Road, Suite 300<br>West Hartford, CT 06107<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/05/17 | Pursuant to Order re Motion for Authority to Sell,  Claim 4-1 will not receive a distribution from the Estate (ECF #159)<br>Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 5 | Jason Maxwell<br>C. Donald Neville, Esq.<br>65 Memorial Road, Suite 300<br>West Hartford, CT 06107<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/05/17 | Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 6 | MRZ Properties, LLC<br>C. Donald Neville, Esq.<br>65 Memorial Road, Suite 300<br>West Hartford, CT 06107<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/05/17 | Pursuant to Order re Motion for Authority to Sell,  Claim  6-1 will not receive a distribution from the Estate (ECF #159)<br>Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 7 | Andrews Estates, LLC<br>c/o C. Donald Neville, Esq.<br>65 Memorial Road, Suite 300<br>West Hartford, CT 06107<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/05/17 | Pursuant to Order re Motion for Authority to Sell,  Claim  7-1 will not receive a distribution from the Estate (ECF #159)<br>Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |

# Court Claims Register

### Case:  16-21093-JJT        ZIPADELLI, JON

Claims Bar Date:  03/06/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | James Macchio<br>c/o C. Donald Neville, Esq.<br>65 Memorial Road, Suite 300<br>West Hartford, CT 06107<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/05/17 | Pursuant to Order re Motion for Authority to Sell,  Claim 8-1 will not receive a distribution from the Estate (ECF #199)<br>Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 9 | Ellen Venziano<br>C. Donald Neville, Esq.<br>65 Memorial Road, Suite 300<br>West Hartford, CT 06107<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/05/17 | Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 10 | Nicola Rucci<br>C. Donald Neville, Esq.<br>65 Memorial Road<br>West Hartford, CT 06107<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/05/17 | Pursuant to Order re Motion for Authority to Sell,  Claim  10-1 will not receive a distribution from the Estate (ECF #159)<br>Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 13 | Anna Zastampowka<br>c/o C. Donald Neville, Esq.<br>65 Memorial Road, Suite 300<br>West Hartford, CT 06107<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/02/17 | Pursuant to Order re Motion for Authority to Sell,  Claim 13-1 will not receive a distribution from the Estate (ECF #199)<br>Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 14 | James Macchio<br>c/o C. Donald Neville, Esq.<br>65 Memorial Road, Suite 300<br>West Hartford, CT 06107<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/02/17 | Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 15 | Guy Neumann<br>c/o C. Donald Neville, Esq.<br>65 Memorial Rd., Ste 300<br>West Hartford, CT 06107<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/02/17 | Claim lists the amount of the claim as "amount to be determined".  No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |

# Court Claims Register

### Case: 16-21093-JJT    ZIPADELLI, JON

Claims Bar Date: 03/06/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | 6 Wellington, LLC<br>c/o C. Donald Neville, Esq.<br>65 Memorial Rd., Ste. 300<br>West Hartford, CT 06107<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/02/17 | Claim lists the amount of the claim as "amount to be determined". No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 17 | 64 Roxbury, LLC<br>c/o C. Donald Neville, Esq.<br>65 Memorial Rd., Ste. 300<br>West Hartford, CT 06107<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/02/17 | Claim lists the amount of the claim as "amount to be determined". No amendments filed indicating an amount claimed | $0.00<br>$0.00 | $0.00 | $0.00 |
| 18 | TD Bank, N.A.<br>Martin A. Mooney, Esq.<br>950 New Loudon Road, Suite 109<br>Latham, NY 12110<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/03/17 | | $7,874.60<br>$7,874.60 | $0.00 | $7,874.60 |
| | | | **Case Total:** | | **$0.00** | **$58,830.20** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-21093-JJT
Case Name: ZIPADELLI, JON
Trustee Name: Bonnie C. Mangan

**Balance on hand:** $ 26,506.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Savings Bank of Danbury | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 12 | Ford Motor Credit Company LLC | 32,043.71 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 26,506.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Bonnie C. Mangan | 3,450.00 | 0.00 | 3,450.00 |
| Trustee, Expenses - Bonnie C. Mangan | 263.93 | 0.00 | 263.93 |
| Attorney for Trustee, Fees - JA MORGAN LAW, LLC | 2,997.50 | 0.00 | 2,997.50 |
| Attorney for Trustee, Expenses - JA MORGAN LAW, LLC | 3.00 | 0.00 | 3.00 |

Total to be paid for chapter 7 administration expenses: $ 6,714.43
Remaining balance: $ 19,792.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,792.04

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,200.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | Stephanie Fontano | 1,200.00 | 0.00 | 1,200.00 |

|  | Total to be paid for priority claims: | $ | 1,200.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 18,592.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,915.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Connecticut Natural Gas Corporation | 1,889.66 | 0.00 | 690.02 |
| 2 | Dr. Dennis S. Gianoli | 64.00 | 0.00 | 23.37 |
| 3U | Savings Bank of Danbury | 41,087.51 | 0.00 | 15,003.22 |
| 18 | TD Bank, N.A. | 7,874.60 | 0.00 | 2,875.43 |

|  | Total to be paid for timely general unsecured claims: | $ | 18,592.04 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**