**United States Bankruptcy Court**
**District of Connecticut**



In re:

    Jon Zipadelli

    Debtor *

Case Number: 16-21093

Chapter: 7

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

The Trustee's Final Report and Application for Compensation dated December 21, 2018 (the "Final Report and Application for Compensation", ECF No. 201), having come before the Court after notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, and no objection to any application for compensation or reimbursement of expenses, and in the absence of any other objection; it is hereby

**ORDERED:** The Trustee's Final Report and Application for Compensation are approved, and the Trustee's Compensation in the amount of $3,450.00 and reimbursement of expenses in the amount of $263.93 is awarded, with payment to be made at the time of the distribution to creditors; and it is further

**ORDERED:** The Other Professional's compensation in the amount of $2,997.50 and reimbursement of expenses in the amount of $3.00 is awarded, with payment to be made at the time of distribution to creditors.

BY THE COURT

Dated: January 17, 2019

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.