**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re: ZIPADELLI, JON § Case No. 16-21093-JJT
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Bonnie C. Mangan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $945,241.38                    Assets Exempt: $54,916.40
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,792.04      Claims Discharged
                                                 Without Payment: $77,783.75

Total Expenses of Administration: $7,207.96

---

3) Total gross receipts of $ 27,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,946,270.57 | $107,043.71 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,207.96 | 7,207.96 | 7,207.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,700.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,780.00 | 51,605.79 | 51,605.79 | 18,592.04 |
| **TOTAL DISBURSEMENTS** | $1,991,750.57 | $167,057.46 | $60,013.75 | $27,000.00 |

4) This case was originally filed under Chapter 7 on July 05, 2016. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/07/2019          By: /s/Bonnie C. Mangan
                                               Trustee, Bar No.: CT03759

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Property at 344 Broad Street, New Britain, CT | 1110-000 | 4,000.00 |
| Central Connecticut Equities, LLC 25% | 1129-000 | 4,000.00 |
| MRZ, LLC 25% | 1129-000 | 4,000.00 |
| 6 Wellington, LLC 25% | 1129-000 | 2,000.00 |
| 64 Roxbury, LLC 25% | 1129-000 | 2,000.00 |
| Andrews Estates, LLC 50% | 1129-000 | 4,000.00 |
| Claims v. Jason Maxwell, Nicolas Rucci, Ellen | 1149-000 | 4,000.00 |
| Claim vs Robert Zdon, Receiver | 1249-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$27,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Savings Bank of Danbury | 4110-000 | 102,380.45 | 75,000.00 | 0.00 | 0.00 |
| 12 | Ford Motor Credit Company LLC | 4210-000 | 31,993.00 | 32,043.71 | 0.00 | 0.00 |
| NOTFILED | Nationstar Mortgage LLC | 4110-000 | 180,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Ditech Financial Llc | 4110-000 | 177,062.00 | N/A | N/A | 0.00 |
| NOTFILED | Ditech Financial Llc | 4110-000 | 110,519.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Nationstar Mortgage LLC | 4110-000 | 136,053.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage LLC | 4110-000 | 166,895.04 | N/A | N/A | 0.00 |
| NOTFILED | Specialized Loan Servicing/SLS | 4110-000 | 27,955.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 4110-000 | 203,585.97 | N/A | N/A | 0.00 |
| NOTFILED | Seterus Inc | 4110-000 | 175,124.00 | N/A | N/A | 0.00 |
| NOTFILED | Seterus Inc | 4110-000 | 86,689.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage LLC | 4110-000 | 92,921.00 | N/A | N/A | 0.00 |
| NOTFILED | Seterus Inc | 4110-000 | 195,496.00 | N/A | N/A | 0.00 |
| NOTFILED | M&T Bank | 4110-000 | 258,953.11 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,946,270.57** | **$107,043.71** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Bonnie C. Mangan | 2100-000 | N/A | 3,450.00 | 3,450.00 | 3,450.00 |
| Trustee Expenses - Bonnie C. Mangan | 2200-000 | N/A | 263.93 | 263.93 | 263.93 |
| Other - JA MORGAN LAW, LLC | 3210-000 | N/A | 2,997.50 | 2,997.50 | 2,997.50 |
| Other - JA MORGAN LAW, LLC | 3220-000 | N/A | 3.00 | 3.00 | 3.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.80 | 27.80 | 27.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.60 | 31.60 | 31.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.72 | 27.72 | 27.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.55 | 30.55 | 30.55 |
| Other - BONNIE C. MANGAN | 2300-000 | N/A | 3.28 | 3.28 | 3.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.59 | 28.59 | 28.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.59 | 27.59 | 27.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.36 | 31.36 | 31.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.56 | 26.56 | 26.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.42 | 28.42 | 28.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.35 | 29.35 | 29.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.94 | 38.94 | 38.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.07 | 37.07 | 37.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.85 | 40.85 | 40.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.51 | 39.51 | 39.51 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.36 | 20.36 | 20.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.98 | 23.98 | 23.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,207.96 | $7,207.96 | $7,207.96 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Stephanie Fontano | 5600-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| NOTFILED | State of Conn. Revenue Service | 5200-000 | 2,700.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,700.00 | $1,200.00 | $1,200.00 | $1,200.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Connecticut Natural Gas Corporation | 7100-000 | 710.00 | 1,889.66 | 1,889.66 | 0.00 |
| 2 | Dr. Dennis S. Gianoli | 7100-000 | N/A | 64.00 | 64.00 | 23.37 |
| 3U | Savings Bank of Danbury | 7100-000 | N/A | 41,087.51 | 41,087.51 | 15,003.22 |
| 4 | Central Connecticut Equities, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | Jason Maxwell | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | MRZ Properties, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 | Andrews Estates, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | James Macchio | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9 | Ellen Venziano | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Nicola Rucci | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Anna Zastampowka | 7100-000 | N/A | N/A | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | James Macchio | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | Guy Neumann | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | 6 Wellington, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | 64 Roxbury, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | TD Bank, N.A. | 7100-000 | N/A | 7,874.60 | 7,874.60 | 2,875.43 |
| NOTFILED | Convergent Outsoucing, Inc | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Credit Services Data Processing Dept | 7100-000 | 194.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Credit Services Data Processing Dept | 7100-000 | 181.00 | N/A | N/A | 0.00 |
| NOTFILED | Convergent Outsoucing, Inc | 7100-000 | 107.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Credit Services Data Processing Dept | 7100-000 | 118.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America Nc4-105-03-14 | 7100-000 | 29,438.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Assoc | 7100-000 | 422.00 | N/A | N/A | 0.00 |
| NOTFILED | Convergent Outsoucing, Inc | 7100-000 | 586.00 | N/A | N/A | 0.00 |
| NOTFILED | Trojan Professional Se | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilshire Credit Corp/Bank of America Bank of America N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Affiliated Group I | 7100-000 | 361.00 | N/A | N/A | 0.00 |
| NOTFILED | Td Banknorth | 7100-000 | 7,874.00 | N/A | N/A | 0.00 |
| NOTFILED | Online Collections | 7100-000 | 508.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephanie Fontano | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Service | 7100-000 | 498.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Credit Services Data Processing Dept | 7100-000 | 1,019.00 | N/A | N/A | 0.00 |
| | UNITED STATES TREASURY | 7100-000 | N/A | 690.02 | 690.02 | 690.02 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$42,780.00** | **$51,605.79** | **$51,605.79** | **$18,592.04** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21093-JJT  
**Case Name:** ZIPADELLI, JON  

**Period Ending:** 05/07/19  

**Trustee:** (270170) Bonnie C. Mangan  
**Filed (f) or Converted (c):** 07/05/16 (f)  
**§341(a) Meeting Date:** 08/12/16  
**Claims Bar Date:** 03/06/17  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Property at 402 Allen Street, New Britain, CT | 135,500.00 | 0.00 | | 0.00 | FA |
| 2  Property at 1504 Stanley Street, New Britain, CT | 160,000.00 | 0.00 | | 0.00 | FA |
| 3  Property at 134 Stratford Road, New Britain, CT | 150,300.00 | 0.00 | | 0.00 | FA |
| 4  Property at 344 Broad Street, New Britain, CT   fully encumbered part of sale pending - Motion to sell ECF No. 112 | 210,000.00 | 0.00 | | 4,000.00 | FA |
| 5  Property at 1474 Stanley Street, New Britain, CT | 241,100.00 | 0.00 | | 0.00 | FA |
| 6  Property at 213 Columbia Street, New Britain, CT | 151,100.00 | 0.00 | | 0.00 | FA |
| 7  2009 Nissan Rogue | 5,525.00 | 0.00 | | 0.00 | FA |
| 8  2014 Ford F250 | 20,800.00 | 0.00 | | 0.00 | FA |
| 9  1994 Toyota Camry | 500.00 | 0.00 | | 0.00 | FA |
| 10  Household goods and furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 11  Television | 100.00 | 0.00 | | 0.00 | FA |
| 12  Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 13  Checking xxx4117 at People's United Bank | 107.67 | 0.00 | | 0.00 | FA |
| 14  Checking xx0205 at People's United Bank | 4.00 | 0.00 | | 0.00 | FA |
| 15  Checking xxx7177 at People's United Bank | 0.00 | 0.00 | | 0.00 | FA |
| 16  Checking xxx8750 at TD Bank | 0.00 | 0.00 | | 0.00 | FA |
| 17  Checking xxx0495 at TD Bank | 847.15 | 0.00 | | 0.00 | FA |
| 18  Central Connecticut Development, LLC 50%   owns 1330, 1336 & 1340 Stanley Street, New Britain, CT | Unknown | 0.00 | | 0.00 | FA |
| 19  Central Connecticut Equities, LLC 25%   Owns 63 & 66 Cottage Street, New Britain, CT , 128 Stratford Road, New Britain, CT | Unknown | 4,000.00 | | 4,000.00 | FA |
| 20  MRZ, LLC 25%   owns 1394 Stanley Street, New Britain, CT  & 125, 141 & 145 Stratford Road, New Britain, CT | Unknown | 4,000.00 | | 4,000.00 | FA |
| 21  6 Wellington, LLC 25%   owns 6  Wellington Road, New Britain, CT | Unknown | 2,000.00 | | 2,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21093-JJT  **Trustee:** (270170)  Bonnie C. Mangan
**Case Name:** ZIPADELLI, JON  **Filed (f) or Converted (c):** 07/05/16 (f)
  **§341(a) Meeting Date:** 08/12/16
**Period Ending:** 05/07/19  **Claims Bar Date:** 03/06/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | 64 Roxbury, LLC 25%<br>    owns 64 Roxbury Road, New Britain, Ct | Unknown | 2,000.00 | | 2,000.00 | FA |
| 23 | Andrews Estates, LLC 50%<br>    owns 1395 & 1484 Stanley Street, New Britain, CT :<br>    Ditech Financial, LLC has a lien agasint 1395 Stanley<br>    Street for $110,519.00. | Unknown | 4,000.00 | | 4,000.00 | FA |
| 24 | Zipadelli Group, LLC 50% | Unknown | Unknown | | 0.00 | FA |
| 25 | IRA American Funds | 1,012.40 | 0.00 | | 0.00 | FA |
| 26 | Claims v. Jason Maxwell, Nicolas Rucci, Ellen<br>    Veneziano & James Macchio, See Docket #<br>    HHB-CV-15-6030682-S | 65,000.00 | 4,000.00 | | 4,000.00 | FA |
| 27 | Accounts Receivable - Back Rent | 63,121.75 | 0.00 | | 0.00 | FA |
| 28 | Baseball Card Collection | 10,000.00 | 0.00 | | 0.00 | FA |
| 29 | Checking XXX95 at TD Bank | 1,523.41 | 0.00 | | 0.00 | FA |
| 30 | Claim vs Robert Zdon, Receiver  (u)<br>    For return of fees | Unknown | 3,000.00 | | 3,000.00 | FA |
| 30 | **Assets   Totals** (Excluding unknown values) | **$1,220,241.38** | **$23,000.00** | | **$27,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  03/31/19  Distribution made to creditors on 1-17-19.  Awaiting zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018   **Current Projected Date Of Final Report (TFR):**   November 23, 2018  (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-21093-JJT  
**Case Name:** ZIPADELLI, JON  
**Taxpayer ID #:** **-***3016  
**Period Ending:** 05/07/19  

**Trustee:** Bonnie C. Mangan (270170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $19,960,270.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/17 | | Nicola G. Rucci | sales proceeds for Trustee's Motion to Sell ECF No. 112. | | 20,000.00 | | 20,000.00 |
| | {4} | | 4,000.00 | 1110-000 | | | 20,000.00 |
| | {19} | | 4,000.00 | 1129-000 | | | 20,000.00 |
| | {20} | | 4,000.00 | 1129-000 | | | 20,000.00 |
| | {23} | | 4,000.00 | 1129-000 | | | 20,000.00 |
| | {26} | | 4,000.00 | 1149-000 | | | 20,000.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.80 | 19,972.20 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.60 | 19,940.60 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.72 | 19,912.88 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.55 | 19,882.33 |
| 11/28/17 | 101 | BONNIE C. MANGAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 10/31/2017 FOR Bond #016027937 12-1-17 TO 12-1-18 | 2300-000 | | 3.28 | 19,879.05 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.59 | 19,850.46 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.59 | 19,822.87 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.36 | 19,791.51 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.56 | 19,764.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.42 | 19,736.53 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.35 | 19,707.18 |
| 05/18/18 | {30} | Zdon & Associates, LLC | settlement re: dispute over receiver fees | 1249-000 | 3,000.00 | | 22,707.18 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.94 | 22,668.24 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.07 | 22,631.17 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.85 | 22,590.32 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.51 | 22,550.81 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.36 | 22,530.45 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.98 | 22,506.47 |
| 01/17/19 | | From Account #******0267 | TRANSFER IN ORDER TO MAKE DISTRIBUTION TO CREDITORS | 9999-000 | 4,000.00 | | 26,506.47 |
| 01/17/19 | 102 | Bonnie C. Mangan | Dividend paid 100.00% on $3,450.00, Trustee Compensation; Reference: | 2100-000 | | 3,450.00 | 23,056.47 |
| 01/17/19 | 103 | Bonnie C. Mangan | Dividend paid 100.00% on $263.93, Trustee Expenses; Reference: | 2200-000 | | 263.93 | 22,792.54 |
| 01/17/19 | 104 | JA MORGAN LAW, LLC | Dividend paid 100.00% on $2,997.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 2,997.50 | 19,795.04 |
| 01/17/19 | 105 | JA MORGAN LAW, LLC | Dividend paid 100.00% on $3.00, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 3.00 | 19,792.04 |

Subtotals: $27,000.00 $7,207.96

{} Asset reference(s)     Printed: 05/07/2019 10:56 AM V.14.50

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 16-21093-JJT | | Trustee: | Bonnie C. Mangan (270170) |
|---|---|---|---|---|
| Case Name: | ZIPADELLI, JON | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0266 - Checking Account |
| Taxpayer ID #: | **-***3016 | | Blanket Bond: | $19,960,270.00 (per case limit) |
| Period Ending: | 05/07/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/17/19 | 106 | Stephanie Fontano | Dividend paid of 100.00% on $1,200.00; Claim# 11; Filed: $1,200.00; Reference: | 5600-000 | | 1,200.00 | 18,592.04 |
| 01/17/19 | 107 | Connecticut Natural Gas Corporation | Dividend paid of 36.51% on $1,889.66; Claim# 1; Filed: $1,889.66; Reference: Stopped on 04/19/19 | 7100-005 | | 690.02 | 17,902.02 |
| 01/17/19 | 108 | Dr. Dennis S. Gianoli | Dividend paid of 36.51% on $64.00; Claim# 2; Filed: $64.00; Reference: | 7100-000 | | 23.37 | 17,878.65 |
| 01/17/19 | 109 | Savings Bank of Danbury | Dividend paid of 36.51% on $41,087.51; Claim# 3U; Filed: $41,087.51; Reference: | 7100-000 | | 15,003.22 | 2,875.43 |
| 01/17/19 | 110 | TD Bank, N.A. | Dividend paid of 36.51% on $7,874.60; Claim# 18; Filed: $7,874.60; Reference: | 7100-000 | | 2,875.43 | 0.00 |
| 04/19/19 | 107 | Connecticut Natural Gas Corporation | Dividend paid of 36.51% on $1,889.66; Claim# 1; Filed: $1,889.66; Reference: Stopped: check issued on 01/17/19 | 7100-005 | | -690.02 | 690.02 |
| 04/19/19 | 111 | UNITED STATES TREASURY | UNCLAIMED DIVIDENDS | 7100-000 | | 690.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,000.00 | 27,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 4,000.00 | 0.00 | |
| | | | **Subtotal** | | 23,000.00 | 27,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,000.00** | **$27,000.00** | |

{} Asset reference(s)

Printed: 05/07/2019 10:56 AM    V.14.50

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 16-21093-JJT  
**Case Name:** ZIPADELLI, JON  

**Taxpayer ID #:** **-***3016  
**Period Ending:** 05/07/19  

**Trustee:** Bonnie C. Mangan (270170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0267 - Checking Account  
**Blanket Bond:** $19,960,270.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/18 | | James Macchio | funds to purchase interest in 6 Wellington LLC and 64 Roxbury LLC | | 4,000.00 | | 4,000.00 |
| | {21} | | | 2,000.00 | 1129-000 | | 4,000.00 |
| | {22} | | | 2,000.00 | 1129-000 | | 4,000.00 |
| 01/17/19 | | To Account #******0266 | TRANSFER IN ORDER TO MAKE DISTRIBUTION TO CREDITORS | 9999-000 | | 4,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,000.00** | **4,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,000.00 | |
| | | | **Subtotal** | | **4,000.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0266** | 23,000.00 | 27,000.00 | 0.00 |
| **Checking # ******0267** | 4,000.00 | 0.00 | 0.00 |
| | $27,000.00 | $27,000.00 | $0.00 |

{} Asset reference(s)